IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-00851-LTB-CBS

ICG TELECOM GROUP, INC.,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

_____

### ORDER
_____

    On May 31, 2005, the parties appeared for a status and scheduling hearing, at which Qwest represented that it has moved unopposed for withdrawal of its complaint before the Colorado Public Utilities Commission ("PUC").  The parties represented that the PUC has not yet acted upon Qwest's motion.

    The temporary restraining order shall continue pending the PUC's granting of Qwest's motion to withdraw its complaint.  Should the PUC grant the motion, the parties shall notify this Court and ICG's motion for a preliminary injunction shall be denied as moot.

Dated: May   31  , 2005, in Denver, Colorado.

                                                      BY THE COURT:

                                                   s/Lewis T. Babcock
                                                 Lewis T. Babcock, Chief Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  05-cv-00851-LTB-CBS

      The undersigned certifies that a copy of the foregoing ORDER was served on June 1, 2005, by:

      (X) delivery to:

Jane Michaels, Esq.
Thorvald A. Nelson, Esq.
Rebecca Cook, Esq.
Holland & Hart
**DC BOX 06**


      (X) depositing the same in the United States Mail, postage prepaid, addressed to:

Thomas W. Snyder, Esq.
Richard Corbetta, Esq.
Qwest Services Corporation
1801 California Street, Suite 1000
Denver, CO 80202

                                                                      _____
                                                                        Deputy Clerk