IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-00851-LTB-CBS

ICG TELECOM GROUP, INC.,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

_____

ORDER
_____

    The court has received Qwest's *Motion to Dismiss Petition for Order to Compel Arbitration and to Enjoin Further Prosecution of PUC Proceeding* and ICG's *Reply Brief in Support of Petition for Order to Compel Arbitration and Response to Qwest's Motion to Dismiss*.

    On or before **June 9, 2005**, Qwest shall file a reply in support of its motion to dismiss on jurisdictional grounds and a brief setting forth its argument why it believes the petition is moot.  On or before **June 17, 2005**, ICG shall file a response to Qwest's mootness argument.  On or before **June 24, 2005**, Qwest shall file a reply to ICG's mootness argument.

Dated: May  31 , 2005, in Denver, Colorado.

                                                                      BY THE COURT:

                                                                   s/Lewis T. Babcock
                                                            Lewis T. Babcock, Chief Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CERTIFICATE OF SERVICE**

Civil Case No.  05-cv-00851-LTB-CBS

The undersigned certifies that a copy of the foregoing ORDER was served on June 1, 2005, by:

(X) delivery to:

Jane Michaels, Esq.
Thorvald A. Nelson, Esq.
Rebecca Cook, Esq.
Holland & Hart
**DC BOX 06**


(X) depositing the same in the United States Mail, postage prepaid, addressed to:

Thomas W. Snyder, Esq.
Richard Corbetta, Esq.
Qwest Services Corporation
1801 California Street, Suite 1000
Denver, CO 80202


_____
Deputy Clerk