IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   05-cv-00851-LTB-CBS

ICG TELECOM GROUP, INC.,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

_____

ORDER
_____

THIS MATTER having come before the Court on the Joint Motion for Dismissal With Prejudice (Doc 33 - filed November 27, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED: November 28, 2006